**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| | |
|---|---|
| FREE SPEECH FOR PEOPLE,<br><br>*Plaintiff*,<br><br>vs.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>*Defendant*. | Case No. 26-cv-14471 |

**COMPLAINT FOR INJUNCTIVE RELIEF**

Plaintiff Free Speech For People brings this action against Defendant U.S. Department of Justice to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Plaintiff alleges as follows:

**Jurisdiction and Venue**

1. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2. Venue is proper under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e)(1)(C), as Plaintiff's principal place of business is located within this district.

**Parties**

3. Plaintiff Free Speech For People ("FSFP") is a national non-partisan, non-profit 501(c)(3) organization that uses research, litigation, and communications to expose misconduct, corruption, and malfeasance by public officials in public life; and to defend our democracy. It advocates for the right to vote, free and fair elections, and the bedrock promise of political equality for all. FSFP is incorporated under the laws of the Commonwealth of Massachusetts, and its principal place of business is located in Sharon, Massachusetts.

4. Defendant U.S. Department of Justice ("DOJ") is a federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1). DOJ has, through its components, including the Executive Office for United States Attorneys ("EOUSA"), possession, custody, and control of records to which Plaintiff seeks access.

**FSFP FOIA Requests**

5. In early June 2026, *Reuters* reported that Kurt Olsen had joined the U.S. Attorney's Office for the Southern District of Florida, which had been "examining whether past investigations of [President] Trump amounted to a conspiracy against him."[1] Olsen had previously worked as a special government employee at the White House investigating, at the behest of the President, theories related to foreign interference in the 2020 election that have been described in public reports as "discredited election-rigging theories."[2]

6. In September 2026, Olsen informed an attorney that his DOJ team was conducting a "far-reaching" investigation of "wide-ranging conspiracy" including "issues at Mar-a-Lago and beyond" into the question of whether President Trump's civil rights were violated during legitimate criminal investigations into President Trump following his first term.[3] Olsen's investigation reportedly targeted President Trump's perceived enemies, including public critics and prosecutors who had charged Trump with civil rights violations for attempting to disenfranchise voters.[4] Notably, Olsen made these statements just one day after former prosecutor

---

[1] Erin Banco & Andrew Goudsward, *Trump 2020 Election Denier Kurt Olsen Joins Justice Department*, Reuters (June 2, 2026, 5:34 PM), https://perma.cc/V82G-4N9M.
[2] Jonathan Landay, *et al.*, *Trump, Aides Chase Vote-Rigging Claims even after Latest Probe Finds Nothing*, Reuters (Apr. 23, 2026, 4:52 PM), https://perma.cc/6D7P-GZD7.
[3] Suppl. Decl. Kenneth L. Wainstein, *Brennan v. Blanche*, Case No. 26-cv-2323-JMC, Dkt. No. 32 (D.D.C., Sep. 14, 2026), https://perma.cc/4DH6-XQXU; Josh Gerstein & Kyle Cheney, *Prosecutor Details Ongoing 'Grand Conspiracy' Probe into Trump's Enemies*, Politico (Sept. 14, 2026, 12:03 PM), https://perma.cc/X63R-JZFD.
[4] Gerstein & Cheney, *supra* note 3.

Joseph diGenova, who was helping to lead the investigation, abruptly resigned his post.[5]

7. Public reporting about this investigation raises questions of substantial public interest about Olsen's actions at DOJ, particularly his use of prosecutorial and investigative authority to potentially undermine election integrity and punish federal officials who carried out impartial investigations and prosecutions of Trump prior to his re-election. Given this substantial public interest, FSFP filed five FOIA requests[6] related to Olsen's work at the U.S. Attorney's Office, including his external communications with non-governmental actors and individuals who have called past elections' integrity into question, communications with the White House and those containing terms likely to relate to election integrity, calendar entries, and memoranda issued by Olsen.

*Olsen External Communications Request (EOUSA-2026-004264)*

8. On July 6, 2026, FSFP sent a FOIA request to DOJ seeking external email communications sent by Kurt Olsen of the U.S. Attorney's Office for the Southern District of Florida (part 1), and text messages between Olsen and 52 external individuals (part 2). *See* Ex. A.

9. This request sought records from June 1, 2026, through the date of the search.

10. The same day, EOUSA sent an acknowledgment letter invoking "unusual circumstances," assigned it tracking number EOUSA-2026-004264, and stated that it would process the request on the complex track.

11. On September 24, 2026, FSFP sent an email to EOUSA, as is customary for corresponding with the agency on FOIA requests.

12. In its September 24 email, FSFP narrowed its request by removing 32 external

---

[5] *Id.*

[6] The requests were sent jointly by FSFP and the Democracy Forward Foundation.

individuals from the list of external individuals for part 2 of the request.

13. The same day, EOUSA sent a letter stating that FSFP's narrowing was being reviewed by the attorney processing the request.

14. Since the September 24 letter, FSFP has received no correspondence from DOJ regarding the FOIA Request.

*Olsen White House Communications Request (EOUSA-2026-004265)*

15. On July 6, 2026, FSFP sent a FOIA request to DOJ seeking the following:

> All email communications (including email messages, complete email chains, email attachments, calendar invitations) between Kurt Olsen, U.S. Attorney's Office for the Southern District of Florida and any representative of the White House Office (who.eop.gov).

16. This request sought records from June 1, 2026, through the date of the search.

17. The same day, EOUSA sent an acknowledgment letter invoking "unusual circumstances," assigned it tracking number EOUSA-2026-004265, and stated that it would process the request on the complex track.

18. Since that date, FSFP has received no correspondence from DOJ regarding the FOIA Request.

*Olsen Calendar Entries Request (EOUSA-2026-004266)*

19. On July 6, 2026, FSFP sent a FOIA request to DOJ seeking the following:

> All calendars or calendar entries for Kurt Olsen, U.S. Attorney's Office for the Southern District of Florida, including any calendars maintained on his behalf.
>
> FSFP and DFF requests [sic] that the calendars be produced in a format that includes all invitees, all notes, and all attachments.
>
> Please do not limit your search to electronic calendars; we request the production of all calendars — paper or electronic, whether on government-issued or personal devices — used to track or coordinate how Mr. Olsen allocates his time on agency business.
>
> This search should include all calendars associated with Mr. Olsen's email

accounts, as well as all official calendars maintained for him, including by an aide, assistant, or scheduler.

20. This request sought records from June 1, 2026, through the date of the search.

21. The same day, EOUSA sent an acknowledgment letter invoking "unusual circumstances," assigned it tracking number EOUSA-2026-004266, and stated that it would process the request on the complex track.

22. Since that date, FSFP has received no correspondence from DOJ regarding the FOIA Request.

*Olsen Key Terms Communications Request (EOUSA-2026-004267)*

23. On July 6, 2026, FSFP sent DOJ a FOIA request seeking email communications sent by Kurt Olsen containing 43 key terms in the form of a Boolean search (part 1), and text messages sent or received containing any one of 23 key terms (part 2). *See* Ex. B.

24. This request sought records from June 1, 2026, through the date of the search.

25. The same day, EOUSA sent an acknowledgment letter invoking "unusual circumstances," assigned it tracking number EOUSA-2026-004267, and stated that it would process the request on the complex track.

26. On September 24, 2026, via email to EOUSA, FSFP narrowed the request by removing 25 terms from part 1 and 13 terms from part 2 of the request.

27. Since EOUSA sent the July 6, 2026 acknowledgment letter, FSFP has received no correspondence from DOJ regarding the FOIA Request.

*Olsen Memoranda Request (EOUSA-2026-004268)*

28. On July 6, 2026, FSFP sent a FOIA request to DOJ seeking the following:

> All formal or informal memoranda, one-pagers, reports, directives, or guidance authored or issued by Kurt Olsen, U.S. Attorney's Office for the Southern District of Florida.

29. This request sought records from June 1, 2026, through the date of the search.

30. The same day, EOUSA sent an acknowledgment letter invoking "unusual circumstances," assigned it tracking number EOUSA-2026-004268, and stated that it would process the request on the complex track.

31. Since that date, FSFP has received no correspondence from DOJ regarding the FOIA Request.

*Exhaustion of Administrative Remedies*

32. As of the date of the Complaint, Defendant has failed to notify FSFP of determinations regarding any of FSFP's five requests. Through Defendant's failure to respond within the time limits required by law, FSFP has constructively exhausted administrative remedies.

## CLAIM FOR RELIEF

### Count 1 (Violation of FOIA, 5 U.S.C. § 552)

33. Plaintiff incorporates by reference the foregoing paragraphs as though fully set forth herein.

34. By failing to respond to Plaintiff's requests with determinations and prompt productions of responsive records within the statutorily mandated time period, Defendant has violated its duties under 5 U.S.C.§ 552, including but not limited to its duties to conduct a reasonable search for responsive records, to take reasonable steps to release all nonexempt information, and to not withhold responsive records.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff requests that this Court:

a. Order Defendant to conduct searches for any and all responsive records to Plaintiff's FOIA requests using search methods reasonably calculated to lead to discovery of all

responsive records;

b. Order Defendant to produce, by a date certain, any and all non-exempt responsive records and a *Vaughn* index of any responsive records withheld under a claim of exemption;

c. Enjoin Defendant from continuing to withhold any and all non-exempt responsive records;

d. Award Plaintiff its costs, attorneys' fees, and other disbursements for this action; and

e. Grant any other relief this Court deems appropriate.

Dated: October 1, 2026

Respectfully submitted,

/s/ *Ronald A. Fein*

Ronald A. Fein (BBO #657930)
Daniel A. McGrath*
Daniel H. Martinez*
Robin F. Thurston*
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
rfein@democracyforward.org
rthurston@democracyforward.org
dmcgrath@democracyforward.org
dmartinez@democracyforward.org

**pro hac vice application forthcoming*

*Counsel for Plaintiff*