AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Free Speech For People<br>*Plaintiff*<br>v.<br>U.S. Department of Justice<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 1:26-cv-14471 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff. .

Date: 10/06/2026

*Attorney's signature*

Robin F. Thurston (DC Bar No: 1531399)
*Printed name and bar number*

P.O. Box 34553
Washington, DC 20043
*Address*

rthurston@democracyforward.org
*E-mail address*

(202) 448-9090
*Telephone number*

(202) 921-4875
*FAX number*

Print Save As... Reset

**CERTIFICATE OF SERVICE**

I, Daniel H. Martinez, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non registered participants on October 6, 2026.

Dated: October 6, 2026

*/s/ Daniel H. Martinez*
Daniel H. Martinez