UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREE SPEECH FOR PEOPLE,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 1:26-CV-14471 (MJJ) |

**DEFENDANT'S ASSENTED-TO MOTION FOR AN EXTENSION OF TIME**
**TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant, the United States Department of Justice, by and through its attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, respectfully moves the Court for an extension of time, until December 4, 2026, to file its Answer or other response to Plaintiff Free Speech for People's ("Plaintiff") Complaint (ECF No. 1) in this Freedom of Information Act ("FOIA") matter. The Complaint was filed on October 1, 2026, and an answer or response is currently due by November 2, 2026.

Undersigned counsel recently joined the United States Attorney's Office in Boston and needs additional time to consult with the Agency to prepare a response to the Complaint. Counsel conferred with counsel for Plaintiff, Danny Martinez, concerning the relief requested by this motion and he kindly assented, stating: "Plaintiff is fine with the answer extension to December 4, provided Defendant can provide an update as to each of the FOIA requests at issue, including the 1) status of the searches, 2) expected volume, and 3) estimated date when production will be complete." Undersigned counsel responded that he would try and get that information. This extension of time is being requested not for the purpose of delay but to allow counsel to confer with the Defendant and prepare an appropriate response.

WHEREFORE, Defendant respectfully requests that the Court grant this motion and allow Defendant to file its Answer or other response to Plaintiff's Complaint no later than December 4, 2026.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Date: November 2, 2026

By: */s/ Thomas W. Duffey*
THOMAS W. DUFFEY
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3242
Email: thomas.duffey@usdoj.gov

**L. R. 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1, Defendant's counsel consulted with Plaintiff's counsel, who assents to this Motion.

Date: November 2, 2026

*/s/ Thomas W. Duffey*
THOMAS W. DUFFEY
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Date: November 2, 2026

By: */s/ Thomas W. Duffey*
THOMAS W. DUFFEY
Assistant U.S. Attorney